# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA GERI DIAS,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | Case No.  1:20-cv-01577-SAB<br><br>ORDER ADVISING PARTIES OF STAY OF<br>ACTION PURSUANT TO GENERAL ORDER<br>615 |

On November 6, 2020, Lena Geri Dias ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Defendant" or "Commissioner") denying her application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)   On November 12, 2020, Plaintiff returned an executed summons demonstrating Defendant was served on November 12, 2020.  (ECF No. 6.)

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.

/ / /

/ / /

1    Accordingly, the parties are HEREBY NOTIFIED that pursuant to General Order

2    Number 615, this action has been stayed and the stay will be automatically lifted when the

3    Commissioner files the certified copy of the administrative record.  See E.D. Cal. G.O. No. 615,

4    ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific

5    case).

6

7    IT IS SO ORDERED.

8    Dated:    **November 13, 2020**

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28