# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA GERI DIAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01577-SAB<br><br>ORDER RE STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO FILE LETTER BRIEF<br><br>(ECF No. 15) |

On December 17, 2021, a stipulation and proposed order were filed, requesting to extend the time for Defendant to serve its responsive letter brief. (ECF No. 15.) The Court informs the parties that pursuant to the scheduling order issued in this action, court approval is not required for an initial stipulated thirty (30) day extension of any part of the scheduling order, though the stipulation must be filed with the Court. (ECF No. 5 at 4.) Nonetheless, given the parties filed the stipulation as a request with a proposed order, the Court issues this order entering the stipulation and modifying the scheduling order.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline for Defendant to serve its confidential letter brief is extended until January 3, 2022.

IT IS SO ORDERED.

Dated:   **December 17, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

2